**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JOSE VIRGILIO AGUILAR-HERNANDEZ,**

     Petitioner,

v.                                  Civil Action No. **3:20CV691**

**WILLIAM BARR,** *et al.*,

     Respondents.

### MEMORANDUM OPINION

By Memorandum Order entered on October 19, 2020, 2013, the Court conditionally docketed Petitioner's action. On November 13, 2020, United States Postal Service returned the October 19, 2020 Memorandum Order to the Court marked, returned to sender and "Released." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

 

                                 /s/
                          John A. Gibney, Jr.
Date: 21  January 2021          United States District Judge
Richmond, Virginia